R. S. Coxe, contra.

Mr. Smith, the deputy clerk of this court,

MORSELL, Circuit Judge, stated that such also was the practice in Maryland.

THE COURT (THRUSTON, Circuit Judge, absent) overruled Mr. Key's two first objections, but rejected the deposition because it did not appear that the commissioner had taken the oath annexed to the commission.

## Case No. 5,114.
In re FREY et al.
[9 Ben. 185.] 1
District Court, S. D. New York. July, 1877.

1 [Reported by Robert D. Benedict, Esq., and B. Lincoln Benedict, Esq., and here reprinted by permission.]

BLATCHFORD, District Judge. I concur with the register.

## Case No. 5,115.
In re FREYVOGEL.
[25 Pittsb. Leg. J. 109.]
District Court, W. D. Pennsylvania. 1878.